Joe Starr GULLAHORN, Jr.,

v.

UNITED STATES of America.

No. 6052.

United States Court of Appeals
Tenth Circuit.
March 27, 1959.

James A. Borland, U. S. Atty., and Ruth C. Streeter, Asst. U. S. Atty., Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and KNOUS, District Judge.

PER CURIAM.

Affirmed without written opinion.

Lupe ALONZO et al.

v.

UNITED STATES of America and The Anaconda Company (formerly Anaconda Copper Mining Company).

No. 6097.

United States Court of Appeals
Tenth Circuit.
March 26, 1959

Lorenzo A. Chavez, Arturo G. Ortega and Melvin L. Robins, Albuquerque, N.

M., R. F. Deacon Arledge, Albuquerque, N. M., and Charles A. Reich, Washington, D. C., for appellants.

Perry W. Morton, Asst. Atty. Gen., and Floyd L. France, Atty., Department of Justice, Washington, D. C., James A. Borland, U. S. Atty., Albuquerque, N. M., Bryan G. Johnson and Richard G. Cooper, Albuquerque, N. M., and Ralph D. Ray, New York City, for appellees.

Before BRATTON, Chief Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.

SOUTHERN UNION GAS CO.

v.

Herman T. NORMAN et al.

Herman T. NORMAN et al.

v.

SOUTHERN UNION GAS CO.

Nos. 6024, 6025.

United States Court of Appeals
Tenth Circuit.
April 13, 1959.

George T. Harris, Jr., Albuquerque, N. M., Manuel A. Sanchez, Santa Fe, N. M., and Willis L. Lea, Jr., Dallas, Tex., for appellant and cross-appellee.

Frank M. Mims, Albuquerque, N. M., and Johnston Jeffries, Aztec, N. M., for appellees and cross-appellants.

Before BRATTON, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.